UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re                                                No. C-15-2729 EMC (pr)

CHRISTOPHER ROWLAND,

        Plaintiff.                         **ORDER OF DISMISSAL**

      This action was opened on June 18, 2015, when the Court received from Christopher Rowland a letter concerning his prison conditions. On that date, the Court notified Mr. Rowland in writing that his action was deficient in that he had not attached a complaint and had not filed an *in forma pauperis* application. The Court further notified him that this action would be dismissed if he did not submit a complaint within twenty-eight days. Mr. Rowland then sent to the Court a letter asking two questions. The Court issued an order on July 30, 2015 providing information in response to the questions, and stated that, "[s]ince Mr. Rowland has not yet exhausted administrative remedies, the wisest choice for him is to immediately send to the court a short letter stating that he did not intend to file an action yet, and that he will file an action after he exhausts his administrative remedies. If he sends that letter, he can avoid a filing fee in this action and instead will only owe one filing fee when he files his new action." Docket # 10. Mr. Rowland thereafter sent a letter in which he asked "that this current petition be dismissed because I did not intend to file it prematurely."

///

///

///

///

Docket # 12 at 2. In light of Mr. Rowland's letter clarifying that he had not intended to file a new civil action at this time, this action is **DISMISSED** because it was opened in error. No fee is due because the action was opened in error. The Clerk shall close the file.

    IT IS SO ORDERED.

Dated: September 3, 2015

_____
EDWARD M. CHEN
United States District Judge

2